IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

**FILED**

FEB 0 1 2008

Clerk ... Court
By: K-mully... Deputy Clerk

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
v. ) Case No. 08-CR-20012-01-02-03 JWL/JPO
)
ALVIN A. MARTIN, )
aka "Sho' Nuff" )
JOHN T. STANLEY )
and )
TAFF VIRDEN, )
)
Defendants. )

## INDICTMENT

The Grand Jury charges that:

### I. The Conspiracy and its Objects

From in or about July, 2004, the exact date unknown, and continuing until on or about December 1, 2005, in the District of Kansas and elsewhere, the defendants,

**ALVIN A. MARTIN,**
**aka "Sho'Nuff"**
**JOHN T. STANLEY,**
**and**
**TAFF VIRDEN,**

knowingly and willfully conspired and agreed with each other and with other persons, known and unknown to the Grand Jury, to commit and to conceal an offense against the United States, that is: to commit the crime of interstate transportation of stolen goods in violation of Title 18, United States Code, Section 2314.

### III. Manner and Means of the Conspiracy

It was part of the conspiracy that the defendant and others would steal pallets of

food products from the Tyson Foods, Inc., warehouse in Olathe in the District of Kansas, load them on a truck at the Olathe facility and transport the food products to locations in the State of Arkansas and elsewhere, all without the knowledge and consent of Tyson Foods, Inc. John Stanley was an employee of Tyson Foods, Inc. and, acting in concert with other Tyson employees was responsible for selecting the food products from the warehouse, building the pallets and loading them onto a truck driven by Alvin Martin who would then transport the food products by truck from the State of Kansas to other states for sale which included delivering some of the food products to Taff Virden in Arkansas. Thereafter, the conspirators would transfer and cause the transfer by wire of money and funds to their co-conspirators as reimbursement for their participation in the theft of the food products.

### III. Overt Acts

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following acts, among others, were committed in the District of Kansas and elsewhere:

On or about September 22, 2004, a series of telephone calls were made and received by a conspirator who was the subscriber for telephone number (816) 308-7922 billed in Kansas City, Missouri, to other conspirators at the telephone numbers listed below concerning plans to steal food products from the Tyson warehouse in Olathe, Kansas, and transport them across the state line to locations in other states, or to arrange for payment to be made from the proceeds of the sales of stolen product:

| TIME | NUMBER CALLED | PERSON/PLACE | CALLS TO/FROM |
| --- | --- | --- | --- |
| 11:44 a.m. | (913) 393-7066 | Tyson Foods | Olathe, Kansas |

2

| TIME | NUMBER CALLED | PERSON/PLACE | CALLS TO/FROM |
|---|---|---|---|
| 03:17 p.m. | (816) 522-3105 | co-conspirator | Kansas City, Missouri |
| 03:58 p.m. | (816) 522-3105 | co-conspirator | Kansas City, Missouri |
| 07:27 p.m. | (601) 506-9454 | Alvin Martin | Jackson, Mississippi |
| 07:34 p.m. | (601) 506-9454 | Alvin Martin | Jackson, Mississippi |
| 09:30 p.m. | (601) 506-9454 | Alvin Martin | Jackson, Mississippi |
| 09:32 p.m. | (913) 393-7067 | Tyson Foods | Olathe, Kansas |
| 09:32 p.m. | (913) 393-7067 | Tyson Foods | Olathe, Kansas |
| 09:42 p.m. | (601) 506-9454 | Alvin Martin | Jackson, Mississippi |
| 09:43 p.m. | (816) 522-3105 | co-conspirator | Kansas City, Missouri |
| 09:44 p.m. | (816) 522-3105 | co-conspirator | Kansas City, Missouri |
| 09:45 p.m. | (601) 506-9454 | Alvin Martin | Jackson, Mississippi |
| 10:17 p.m. | (601) 506-9454 | Alvin Martin | Jackson, Mississippi |
| 10:31 p.m. | (601) 506-9454 | Alvin Martin | Jackson, Mississippi |
| 10:33 p.m. | (601) 506-9454 | Alvin Martin | Jackson, Mississippi |
| 10:34 p.m. | (601) 506-9454 | Alvin Martin | Jackson, Mississippi |
| 10:36 p.m. | (601) 506-9454 | Alvin Martin | Jackson, Mississippi |

On or about March 28, 2005, ALVIN MARTIN sent a Western Union money transfer,

3

No. 6001327115-1 in the amount of $300 to a co-conspirator known to the grand jury, those funds representing payment for the co-conspirator's participation in the conspiracy to transport in interstate commerce merchandise stolen from Tyson Foods;

On or about July 23, 2005, TAFF VIRDEN sent a Western Union money transfer, No. 8319818860-2 in the amount of $490 to Alvin Martin, those funds representing payment for Alvin Martin's participation in the conspiracy to transport in interstate commerce merchandise stolen from Tyson Foods;

On or about November 8, 2005, a series of telephone calls were made and received by ALVIN MARTIN from telephone number (601) 613-4379 billed in Jackson, Mississippi, to and from other conspirators at the telephone numbers listed below concerning plans to steal food products from the Tyson warehouse in Olathe, Kansas, and transport the products across the state line to locations in other states, or to arrange for payment to be made from the proceeds of the sales of stolen product:

| TIME | NUMBER CALLED | PERSON/PLACE | CALLS TO/FROM |
|---|---|---|---|
| 10:02 a.m. | (816) 308-7922 | co-conspirator | Kansas City, Missouri |
| 11:22 a.m. | (501) 838-6237 | Taff Virden | Little Rock, Arkansas |
| 03:59 p.m. | (816) 308-7922 | co-conspirator | Kansas City, Missouri |
| 04:09 p.m. | (816) 522-3105 | co-conspirator | Kansas City, Missouri |
| 04:21 p.m. | (816) 522-3105 | co-conspirator | Kansas City, Missouri |
| 07:49 p.m. | (816) 308-7922 | co-conspirator | Kansas City, Missouri |
| 08:15 p.m. | (816) 308-7922 | co-conspirator | Kansas City, Missouri |

The Grand Jury incorporates by this reference each of the allegations in Count Two of the Indictment as additional overt acts committed in furtherance of the conspiracy

alleged in Count One;

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

On or about November 8, 2005, in the District of Kansas and elsewhere, the defendants,

**ALVIN A. MARTIN,
aka "Sho' Nuff"
JOHN T. STANLEY,
and
TAFF VIRDEN,**

aiding and abetting each other and other persons known to the Grand Jury, with unlawful and fraudulent intent did transport and cause to be transported in interstate commerce from the State of Kansas to the State of Arkansas and the State of Mississippi approximately four (4) pallets of foodstuffs valued at $5,000 or more, knowing that the merchandise had been stolen from the Tyson Foods Inc., warehouse located in Olathe, Kansas;

All in violation of Title 18, United States Code. Sections 2314 and 2.

DATED: 1/31/08

/s/ FOREPERSON

/s/ ERIC F. MELGREN
United States Attorney
District of Kansas
1200 Epic Center
301 North Main
Wichita, Kansas 67202
Ks. S. Ct. No. 12430

5

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

_Kathryn H. Vratil_
UNITED STATES DISTRICT JUDGE

**PENALTIES:**

### Count One - 18 U.S.C. § 371
### Conspiracy- Class D felony

- NMT 5 years incarceration;
- $250,000 fine;
- NMT 3 years supervised release;
- $100 special assessment

### Count Two - 18 U.S.C. §§ 2314 and 2
### Interstate Transportation of Stolen Property-Class C felony

- NMT 10 years incarceration;
- $250,000 fine;
- NMT 3 years supervised release;
- $100 special assessment for each count of conviction